and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of PHILIP A. WALTER for an Order Directing HARRY A. VOGELSTEIN, an Attorney, to Pay Over Certain Moneys. PHILIP A. WALTER, Appellant; HARRY A. VOGELSTEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE I. EID and SOPHIE EID, Respondents, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order, so far as appealed from, modified by limiting the bill of particulars to items 1, 2, 3, 5 and 6, and as so modified affirmed, with ten dollars costs and disbursements to the respondents. No opinion. The bill of particulars to be served within ten days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRIMAN SECURITIES CORPORATION, Respondent, v. 300 WEST END AVENUE CORPORATION and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELEANOR CUMMINGS HUGHES, Suing in Her Own Behalf, as Owner of Preferred Stock of Defendant Corporation, HUGHES & COMPANY, as Well as in Behalf of Other Such Stockholders in Like Situation Who May Join in and Share Expenses of this Action, Appellant, v. FREDERICK S. FALES and Others, Respondents, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN E. SIEGEL, Respondent, v. FRANCIS M. BACON and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JENNIE MARESCO, Appellant, v. DANIEL MARESCO, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD J. BURNS, as Administrator, etc., of WILLIAM A. BURNS, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order modified by granting leave to defendant, if so advised, in lieu of giving facts, to state that it is not in possession of the particulars demanded at the present time and intends to rely on the testimony of the plaintiff's witnesses, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. The bill of particulars to be served within ten days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DORIS SPRING, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STANDARD OIL COMPANY OF NEW YORK, Appellant, v. JOURMIRE SILVERMAN, Respondent. STANDARD OIL COMPANY OF NEW YORK, Appellant, v. SILDEL REALTY CORPORATION, Respondent.— Order modified by granting motion without the imposition of any terms, and as so modified affirmed, with ten dollars costs